1:22-md-03043-DLC
1:25-cv-02982-DLC
1:25-cv-03004-DLC
1:25-cv-03876-DLC
1:25-cv-03255-DLC
1:25-cv-03868-DLC
1:25-cv-03838-DLC
1:25-cv-03864-DLC

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of November, two thousand twenty-five.

Before:        Sarah A. L. Merriam,
                    *Circuit Judge.*

_____

1:25-cv-03010-DLC
1:25-cv-02991-DLC
1:25-cv-03861-DLC
1:25-cv-02993-DLC
1:25-cv-02985-DLC
1:25-cv-03257-DLC
1:25-cv-03849-DLC
1:25-cv-03843-DLC
1:25-cv-03852-DLC
1:25-cv-03859-DLC
1:25-cv-03006-DLC
1:25-cv-03846-DLC

Zachary Amro, et al.

            Plaintiffs - Appellants,

   v.

Johnson & Johnson Consumer Inc., Walgreen Co., CVS Pharmacy, Inc, Walmart Inc., The Kroger Co.,

            Defendants - Appellees.

**ORDER**

Docket No. 25-1820

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 04, 2025

Appellants move for reconsideration of the order dated October 17, 2025, denying their motion to recall the mandate and reinstate the appeal.

IT IS HEREBY ORDERED that the motion for reconsideration is GRANTED.  Upon reconsideration, in light of the consent of the appellees, the motion to recall the mandate and reinstate the appeal is GRANTED.  Appellants must file their Local Rule 31.2 scheduling notification within 14 days of the date of this order.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

*Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

CERTIFIED COPY ISSUED ON 11/04/2025